UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| XIAOYANG LIU, § | |
| Petitioner, § | |
| § | |
| V. § | CIVIL ACTION NO. 5:26-CV-00263 |
| § | |
| MIGUEL VERGARA, *et al.*, § | |
| Respondents. § | |

## ORDER

Before the Court is Petitioner's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, (Dkt. No. 1). Petitioner challenges the constitutionality of his detention in federal immigration custody. Petitioner names Miguel Vergara, Director of the Harlingen ICE Field Office; Kristi Noem, Secretary of the Department of Homeland Security; Department of Homeland Security; Pamela Bondi, Attorney General of the United States; Executive Office for Immigration Review; and Warden of the Laredo Processing Center, as Respondents.

Based upon a review of the Petition, the Court **ORDERS** Respondents to file a response to the petition and serve their response on Petitioner **no later than March 10, 2026**. 28 U.S.C. § 2243. Respondents shall either attach to the response a copy of the Petitioner's Notice to Appear or explain why the Petitioner has not been provided with the Notice to Appear and provide the statutory authority under which the Petitioner is being detained. Should Petitioner wish to file a reply, he must do so **no later than March 17, 2026**.[1]

**Petitioner is DIRECTED to serve the Federal Respondents, by and through the United States Attorney for the Southern District of Texas, and the Warden of Laredo Processing Center, the petition, (Dkt. No. 1), and its attachments via certified mail** pursuant to Rule 4 of the Federal Rules of Civil Procedure and include a copy of this Order with that service. Petitioner is **ORDERED** to file proof that service was sent via certified mail to Respondents **by February 26, 2026**.

The Court further **DIRECTS** the Clerk of Court to send the Petition, (Dkt. No. 1), and

---

[1] Any deadlines set forth in a civil summons issued by the Clerk of Court are superseded by the deadlines set forth in this Order.

this Order to the United States Attorney for the Southern District of Texas, Nicholas J. Ganjei, by electronic mail to USATXS.CivilNotice@usdoj.gov to provide notice of this action to Respondents. Respondents will not be served further notice of activity on this docket automatically. Instead, they must arrange to monitor the docket themselves, either by automatic electronic service or otherwise.

Additionally, Respondents are **ORDERED** to notify Petitioner's counsel and the Court of any anticipated or planned transfer or removal of Petitioner outside of the Southern District of Texas **at least five (5) days** before any such transfer.

It is so **ORDERED**.

**SIGNED** on February 24, 2026.

_____
John A. Kazen
United States District Judge