United States District Court
Southern District of Texas
**ENTERED**
August 17, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| XIAOYANG LIU, | § | |
| | § | |
| Petitioner, | § | |
| v. | § | CIVIL ACTION No. L-26-263 |
| | § | |
| | § | |
| MIGUEL VERGARA, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER OF DISMISSAL**

Before the Court is Petitioner Xiaoyang Liu's Petition for Writ of Habeas Corpus. D.E. 1. Petitioner, a native and citizen of China, was detained at Laredo Processing Center when he filed his petition. Petitioner challenges his detention and requests his release.

On June 9, 2026, Respondents submitted an advisory stating that the Government intended to remove Petitioner within five days. D.E. 9. Public records confirm that Petitioner is no longer in custody. *See* United States Immigration and Customs Enforcement, Online Detainee Locator System, available at https://locator.ice.gov (last visited Aug. 13, 2026). No live issues remain for adjudication, and the petition is now moot. The Court, therefore, **DENIES** all pending motions and **DISMISSES** this action **WITHOUT PREJUDICE** as **MOOT**.

**ORDERED** this 17th day of August, 2026.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE